AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Hood Packaging Corporation,

                                 *Plaintiff,*

v.                                                    Case No. 0:14–cv–02979–MJD–FLN

Brian Steinwagner, et al.,

                                 *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:  Brian Steinwagner

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

            George H Norris
            33 S 6th St Ste 4400
            Mpls, MN
            55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*        By:



Signature of Clerk or Deputy Clerk

Amy Linner

Date of Issuance:  December 5, 2014

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:14–cv–02979–MJD–FLN

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:   Brian Steinwagner

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Hood Packaging Corporation,

                *Plaintiff,*

v.                                       Case No. 0:14–cv–02979–MJD–FLN

Brian Steinwagner, et al.,

                *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:   Morris Packaging, L.L.C.

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

           George H Norris
           33 S 6th St Ste 4400
           Mpls, MN
           55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*        By: 

Signature of Clerk or Deputy Clerk

Amy Linner

Date of Issuance:  <u>December 5, 2014</u>

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:14–cv–02979–MJD–FLN

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:    Morris Packaging, L.L.C.

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Hood Packaging Corporation,

                                *Plaintiff,*

v.                                                     Case No. 0:14–cv–02979–MJD–FLN

Brian Steinwagner, et al.,

                                *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:  Morris Converting, LLC

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                George H Norris
                33 S 6th St Ste 4400
                Mpls, MN
                55402

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*       By:



Signature of Clerk or Deputy Clerk

                                                            Amy Linner

Date of Issuance:  December 5, 2014

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 0:14–cv–02979–MJD–FLN

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:       Morris Converting, LLC

Date of Service:

## Method of Service

___ Personally served at this address:

___ Left copies at defendant's usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address: