## THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Hood Packaging Corporation,

                Plaintiff,

v.

Brian Steinwagner,
Morris Packaging, L.L.C., and
Morris Converting, LLC,

                Defendants.

Case No.:  14-cv-02979-MJD-FLN

**ORDER OF DISMISSAL**

---

Based on the Stipulation of Dismissal [Doc #152], IT IS HEREBY ORDERED

that all claims in the Complaint and Amended Complaint and the Answer and

Counterclaims in this action shall be dismissed with prejudice and on the merits but

without costs or disbursements to any party.  LET JUDGMENT BE ENTERED.


Dated:  June 23, 2015

s/Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court