# UNITED STATES DISTRICT COURT
## District of Minnesota

Hood Packaging Corporation,  
                        Plaintiff,

v.

Brian Steinwagner,  
Morris Packaging, L.L.C., and  
Morris Converting, LLC,

                      Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:  14-2979 MJD/FLN

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

all claims in the Complaint and Amended Complaint and the Answer and Counterclaims in this action shall be dismissed with prejudice and on the merits but without costs or disbursements to any party.

Date: June 25, 2015

RICHARD D. SLETTEN, CLERK

s/J. Midtbo  
(By)                  J. Midtbo, Deputy Clerk